COLLEEN BAL, State Bar No. 167637
CHARLES TAIT GRAVES, State Bar No. 197923
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105-1126
Phone (415) 947-2000
Fax (415) 947-2099
tgraves@wsgr.com

Attorneys for Defendants
Google Inc. and Richard Robinson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., a New York Corporation, | Case No.: 5:12-cv-3373-LHK |
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATED MOTION TO SEAL** |
| v. | **As Amended by the Court** |
| GOOGLE INC., a California corporation; RICHARD ROBINSON, an individual, and Does 1 through 3 inclusive, | Judge: Hon. Lucy H. Koh |
| Defendants. | |

## ORDER ON MOTION TO SEAL

On September 4, 2012, Defendant Google Inc. and Plaintiff Be In, Inc. filed a stipulated administrative motion pursuant to Civil Local Rule 79-5(d) to seal Exhibit B to the Declaration of Charles Graves. The Court has considered the parties' stipulated submission.

The Court finds good cause for the motion to seal. The document the parties seek to file under seal is Plaintiff's deposit made in support of its June 2012 application for a copyright registration with the United States Copyright Office, which consists of Plaintiff's confidential source code. Accordingly, the stipulated motion to seal is GRANTED.

All copies of Exhibit B to the September 4, 2012 Declaration of Charles Graves shall be sealed in its entirety for the remainder of this action, absent further Court order.

**IT IS SO ORDERED.**

DATED: September 12, 2012.

_____
THE HONORABLE LUCY H. KOH
United States District Court Judge