1 | COLLEEN BAL, State Bar No. 167637
CHARLES TAIT GRAVES, State Bar No. 197923
2 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3 | One Market Plaza
Spear Tower, Suite 3300
4 | San Francisco, California 94105-1126
Phone (415) 947-2000
5 | Fax (415) 947-2099
tgraves@wsgr.com
6
Attorneys for Defendants
7 | Google Inc. and Richard Robinson

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

12 | BE IN, INC., a New York Corporation,   )   Case No.: 5:12-cv-3373-LHK
                                          )
13 |         Plaintiff,                    )   [~~PROPOSED~~] **ORDER RE**
                                          )   **ADMINISTRATIVE MOTION TO**
14 |    v.                                 )   **REMOVE INCORRECTLY FILED**
                                          )   **DOCUMENT**
15 | GOOGLE INC., a California corporation; )
     RICHARD ROBINSON, an individual, and Does )   Judge: Hon. Lucy H. Koh
16 | 1 through 3 inclusive,                 )
                                          )
17 |         Defendants.                   )
                                          )

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER RE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT ~~TO SEAL~~
CASE NO.: 5:12-CV-03373-LHK

**ORDER ON MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

On September 4, 2012, Defendant Google Inc. filed an administrative motion to remove an incorrectly filed document. The document is the Declaration of Charles Tait Graves in support of Google's Motion to Dismiss, September 14, 2012, Docket No. 14, including its exhibits. Google Inc. has re-filed a corrected version of the declaration and its accompanying exhibits.

The Court finds good cause for the motion to remove the document. Accordingly, the motion is GRANTED.

The original Declaration of Charles Tait Graves and its accompanying Exhibits A and B, filed with the Motion to Dismiss at Docket No. 14, shall be permanently removed from the Court's electronic and hard copy dockets, including ECF.

**IT IS SO ORDERED.**

DATED:  September 12 , 2012.

_Lucy H. Koh_
THE HONORABLE LUCY H. KOH
United States District Court Judge