1 | COLLEEN BAL, State Bar No. 167637
CHARLES TAIT GRAVES, State Bar No. 197923
2 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3 | One Market Plaza
Spear Tower, Suite 3300
4 | San Francisco, California 94105-1126
Phone (415) 947-2000
5 | Fax (415) 947-2099
tgraves@wsgr.com

Attorneys for Defendants
Google Inc. and Richard Robinson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., a New York Corporation, | Case No.: 5:12-cv-3373-LHK |
| Plaintiff, | **[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| v. | |
| GOOGLE INC., a California corporation; RICHARD ROBINSON, an individual, and Does 1 through 3 inclusive, | Judge: Hon. Lucy H. Koh |
| Defendants. | |

[P~~ROPOSED~~] O~~RDER RE~~ M~~OTION~~ TO REMOVE INCORRECTLY FILED DOCUMENT
T~~O~~ S~~EAL~~
C~~ASE~~ N~~O.~~: 5:12-~~CV~~-03373-LHK

## ORDER ON MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

On September 4, 2012, Defendant Google Inc. filed an administrative motion to remove an incorrectly filed document. The document is the Declaration of Charles Tait Graves in support of Google's Motion to Dismiss, September 14, 2012, Docket No. 14, including its exhibits. Google Inc. has re-filed a corrected version of the declaration and its accompanying exhibits.

The Court finds good cause for the motion to remove the document. Accordingly, the motion is GRANTED.

The original Declaration of Charles Tait Graves and its accompanying Exhibits A and B, filed with the Motion to Dismiss at Docket No. 14, shall be permanently removed from the Court's electronic and hard copy dockets, including ECF.

**IT IS SO ORDERED.**

DATED:  September 12    , 2012.

_____
THE HONORABLE LUCY H. KOH
United States District Court Judge