UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., a New York Corporation, ) | Case No.: 5:12-cv-3373-LHK |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS |
| GOOGLE INC., a California corporation; ) RICHARD ROBINSON, an individual, and ) Does 1 through 3 inclusive, ) | |
| Defendants. ) | |

On December 13, 2012, the parties in this action filed a stipulation and proposed order seeking to reschedule the hearing on Defendants' Motion to Dismiss Be In, Inc.'s Third and Fourth Causes of Action scheduled for January 3, 2013, and to continue the initial case management conference scheduled for the same day. ECF No. 26. The Court GRANTS the parties' stipulation to reschedule the hearing on Defendants' Motion to Dismiss and to continue the initial case management conference. However, the Court is not available to hear this motion on February 28, 2013. Accordingly, the hearing on Defendants' Motion to Dismiss Be In, Inc.'s Third and Fourth

Causes of Action and the initial case management conference are CONTINUED to April 18, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 17, 2012

                                               _____
LUCY H. KOH
United States District Judge