UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., a New York Corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>GOOGLE INC., a California corporation;<br>RICHARD ROBINSON, an individual, and<br>Does 1 through 3 inclusive,<br><br>                    Defendants. | Case No.: 5:12-cv-3373-LHK<br><br>ORDER CONTINUING HEARING ON<br>DEFENDANTS' MOTION TO DISMISS |

On December 13, 2012, the parties in this action filed a stipulation and proposed order seeking to reschedule the hearing on Defendants' Motion to Dismiss Be In, Inc.'s Third and Fourth Causes of Action scheduled for January 3, 2013, and to continue the initial case management conference scheduled for the same day.  ECF No. 26.  The Court GRANTS the parties' stipulation to reschedule the hearing on Defendants' Motion to Dismiss and to continue the initial case management conference.  However, the Court is not available to hear this motion on February 28, 2013.  Accordingly, the hearing on Defendants' Motion to Dismiss Be In, Inc.'s Third and Fourth

1  Causes of Action and the initial case management conference are CONTINUED to April 18, 2013,
2  at 1:30 p.m.
3  **IT IS SO ORDERED.**

5  Dated: December 17, 2012

                                 LUCY H. KOH
                                 United States District Judge

United States District Court

2

Case No.: 12-CV-03163-LHK
ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS