UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., a New York Corporation,<br><br>              Plaintiff,<br><br>         v.<br><br>GOOGLE INC., a California corporation; RICHARD ROBINSON, an individual, and Does 1 through 3 inclusive,<br><br>              Defendants. | Case No.: 5:12-CV-03373-LHK<br><br>ORDER REQUIRING BE IN, INC. TO FILE A NOTICE OF SUBSTITUTION OF COUNSEL |

On February 19, 2013, counsel for Plaintiffs filed a Notice of Motion and Motion to Withdraw as Counsel for Plaintiff. *See* ECF No. 28 ("Mot."). Plaintiff's counsel contends that good cause exists to permit Movants' withdrawal of counsel of record because "Be In has breached and remains in breach of agreements with or obligation to Movants as to expenses and fees." Mot. at 2. Movants also assert that they have taken reasonable steps to avoid foreseeable prejudice to Be In. *Id*. at 4. Further, Movants state that Be In has "located replacement counsel, although the substitution has not yet been executed." *Id*. On March 5, 2013, Defendants filed a Statement of Non-Opposition to Motion to Withdraw as Counsel for Plaintiff. ECF No. 29.

Pursuant to Civil Local Rule 3-9(b), "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Therefore, Be In, Inc., a New York corporation, cannot represent itself in this matter. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03 (1993) (holding that only natural persons can petition courts themselves and appear pro se); *see also Licht v. America West Airlines*, 40 F.3d 1058, 1059 (9th Cir.1994) ("Corporations ... must appear in court through an attorney."). Thus, by March 13, 2013, Be In, Inc. shall file a Notice of Substitution of Counsel.

**IT IS SO ORDERED.**

Dated: March 6, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge