GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
WAYNE BARSKY, SBN 116731
WBarsky@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  650.849.5300
Facsimile:   650.849.5333

Attorneys for Plaintiff
BE IN, INC., a New York corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., a California corporation, RICHARD ROBINSON, and DOES 1 through 3, inclusive, <br><br> Defendants. | Case No.: 5:12-CV-03373-LHK <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** <br><br> Judge:  Hon. Lucy H. Koh |

PLEASE TAKE NOTICE that Plaintiff Be In, Inc. has retained Gibson, Dunn & Crutcher LLP to substitute as counsel for Davis Wright Tremaine LLP and Clifford Chance US LLP in the above-captioned matter.  Withdrawing counsel for Plaintiff Be In, Inc. are:

Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599

1  William E Wallace III
   CLIFFORD CHANCE US LLP
2  2001 K Street, N.W.
   Washington, D.C. 20006
3  Telephone: (202) 912-5045
   Facsimile:  (202) 912-6000
4
   Stephen M. Nickelsburg
5  CLIFFORD CHANCE US LLP
   2001 K Street, N.W.
6  Washington, D.C. 20006
   Telephone: (202) 912-5108
7  Facsimile:  (202) 912-6000

8  Roni E. Bergoffen
   CLIFFORD CHANCE US LLP
9  2001 K Street, N.W.
   Washington, D.C. 20006
10 Telephone: (202) 912-5031
   Facsimile:  (202) 912-6000
11

12         All pleadings, orders and notices should henceforth be served upon the following substituted

13 counsel for Plaintiff Be In, Inc.:

14 S. Ashlie Beringer
   Gibson, Dunn & Crutcher LLP
15 1881 Page Mill Road
   Palo Alto, CA  94304
16 Phone:  (650) 849-5300
17 Fax:     (650) 849-5333
   Email:  ABeringer@gibsondunn.com
18
19 Wayne Barsky
   Gibson, Dunn & Crutcher LLP
20 2029 Century Park East, Suite 4000
   Los Angeles, CA  90067
21 Phone:  (310) 552-8500
   Fax:     (310) 551-8741
22 Email:  wbarsky@gibsondunn.com

23

24

25

26

27

28

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: March 6, 2013             BE IN, INC.

By: _____/s/_____
ALESSANDRO NOMELLINI,
CHIEF FINANCIAL OFFICER AND
EXECUTIVE DIRECTOR

DATED: March 6, 2013             DAVIS WRIGHT TREMAINE LLP

By: _____/s/_____
JOSEPH E. ADDIEGO III

DATED: March 6, 2013             CLIFFORD CHANCE US LLP

By: _____/s/_____
WILLIAM E. WALLACE III

DATED: March 6, 2013             GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
S. ASHLIE BERINGER

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: March 6, 2013             GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
S. ASHLIE BERINGER

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: March 7, 2013             *Lucy H. Koh*
JUDGE OF THE UNITED STATES DISTRICT COURT

**DECLARATION OF SERVICE**

I, S. Ashlie Beringer, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State.  On March 6, 2013, I served the within **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on March 6, 2013, at Palo Alto, California.

          /s/
S. ASHLIE BERINGER