CHARLES S. BARQUIST (BAR NO. 133785)
CBarquist@mofo.com
WENDY J. RAY (BAR NO. 226269)
WRay@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

KENNETH A. KUWAYTI (BAR NO. 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:     650.813.5600
Facsimile:      650.494.0792

(Proposed) Attorneys for Plaintiff
BE IN, INC., A NEW YORK CORPORATION

COLLEEN BAL, (BAR NO. 167637)
CBal@wsgr.com
CHARLES TAIT GRAVES (BAR NO. 197923)
TGraves@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California  94105-1126
Telephone:     415.947.2000
Facsimile:      415.947.2099

Attorneys for Defendants
GOOGLE, INC., AND RICHARD ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., a New York Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, INC., a California Corporation, RICHARD ROBINSON, and DOES 1 through 3, inclusive,<br><br>　　　　　　Defendants. | Case No.   5:12-CV-03373-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF BE IN, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:　September 26, 2013<br>Time:　1:30 p.m.<br>Dept.:　8, 4th Floor<br>The Honorable Lucy H. Koh |

STIP & [PROP.] ORDER EXTENDING TIME TO FILE REPLY ISO BE IN'S MOT. FOR LEAVE TO FILE 2ND AMEND. CPT.
Case No. 5:12-CV-03373-LHK
pa-1589274

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | The parties submit this stipulation and proposed order to extend the time for Be In, Inc. |
| 3 | ("Be In") to file a reply brief in support of its motion for leave to file second amended complaint |
| 4 | or to withdraw that motion. |
| 5 | WHEREAS, plaintiff Be In filed a Motion for Leave to File Second Amended Complaint |
| 6 | through prior counsel on April 30, 2013 (D.I. 37) pursuant to the Court's Order dated March 26, |
| 7 | 2013 (D.I. 35); |
| 8 | WHEREAS, defendants Google Inc. and Richard Robinson ("Defendants") filed |
| 9 | Defendants' Conditional Opposition to Motion for leave to File Second Amended Complaint on |
| 10 | May 14, 2013 (D.I. 43); |
| 11 | WHEREAS, plaintiff Be In's reply would otherwise be due on May 21, 2013; |
| 12 | WHEREAS, plaintiff Be In filed a substitution of counsel on May 14, 2013 (D.I. 42), and |
| 13 | new counsel will be the counsel to file the reply; |
| 14 | WHEREAS, counsel for Defendants has stipulated that plaintiff Be In shall have until |
| 15 | May 30, 2013 to file its reply brief or to withdraw its motion and provide to Defendants a revised |
| 16 | proposed second amended complaint; |
| 17 | WHEREAS, the parties agree that if plaintiff Be In withdraws its motion and seeks to file |
| 18 | a revised proposed second amended complaint, Defendants shall use their best efforts to inform |
| 19 | counsel for plaintiff Be In whether Defendants stipulate to the filing of such revised second |
| 20 | amended complaint prior to the case management conference on June 5, 2013; |
| 21 | WHEREAS, in the absence of stipulation by Defendants to any proposed revised second |
| 22 | amended complaint, plaintiff Be In shall have until June 14, 2013 to file a motion for leave to file |
| 23 | the revised second amended complaint; |
| 24 | WHEREAS, the hearing date that has currently been set for plaintiff's Motion for Leave |
| 25 | to File Second Amended Complaint is September 26, 2013 and will not be impacted by this |
| 26 | extension; |
| 27 | |
| 28 | |

1

NOW, THEREFORE, and in light of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the respective attorneys for Plaintiff and Defendants, and subject to approval by this Court, as follows:

1. The deadline for Be In to file its reply brief in support of its Motion for leave to File Second Amended Complaint or to withdraw such motion and provide to Defendants a revised proposed second amended complaint is Thursday, May 30, 2013;

2. If plaintiff Be In withdraws its motion and seeks to file a revised second amended complaint, Defendants shall use their best efforts to inform counsel for plaintiff Be In prior to the case management conference on Wednesday, June 5, 2013 whether Defendants stipulate to the filing of such revised second amended complaint; and

3. In the absence of stipulation by Defendants to plaintiff Be In's proposed revised second amended complaint, plaintiff Be In shall have until Friday, June 14, 2013 to file a motion for leave to file the revised second amended complaint;

Dated: May 21, 2013

CHARLES S. BARQUIST
KENNETH A. KUWAYTI
WENDY J. RAY
MORRISON & FOERSTER LLP

By:  /s/ Kenneth A. Kuwayti
        KENNETH A. KUWAYTI

Attorneys for Plaintiff
BE IN, INC.

| | |
|---|---|
| Dated: May 21, 2013 | COLLEEN BAL<br>CHARLES TAIT GRAVES<br>WILSON SONSINI GOODRICH & ROSATI |
| | By:  /s/ *Colleen Bal*<br>        COLLEEN BAL |
| | Attorneys for Defendants<br>GOOGLE, INC. and RICHARD ROBINSON |

**ORDER**

IT IS SO ORDERED.

Dated:  May 22, 2013          By:  *Lucy H. Koh*
                                    The Honorable Lucy H. Koh
                                    United States District Court Judge

---

3

STIP & [PROP.] ORDER EXTENDING TIME TO FILE REPLY ISO BE IN'S MOT. FOR LEAVE TO FILE 2ND AMEND. CPT.
Case No. 5:12-CV-03373-LHK
pa-1589274

**ATTESTATION**

I, Kenneth A. Kuwayti, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to File Reply Brief in Support of Be In, Inc.'s Motion for Leave to file Second Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that Plaintiff's counsel, Colleen Bal, has concurred in this filing.

Dated: May 21, 2013                    MORRISON & FOERSTER LLP

                                       By:  /s/ *Kenneth A. Kuwayti*
                                            KENNETH A. KUWAYTI

                                       Attorneys for Defendants