UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., a New York Corporation, | Case No.: 12-CV-03373-LHK |
| Plaintiff, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| GOOGLE INC., a California corporation; RICHARD ROBINSON, an individual, and Does 1 through 3 inclusive, | |
| Defendants. | |

On June 28, 2012, Plaintiff Be In, Inc. ("Plaintiff") filed a complaint in the above action, ECF No. 1, which it then amended on August 16, 2012, ECF No. 12. On September 4, 2012, Defendants Google Inc. and Richard Robinson ("Defendants") filed a Motion to Dismiss Plaintiff's Third and Fourth Causes of Action. ECF No. 15. The parties then stipulated to reschedule the hearing on Defendants' Motion to Dismiss and to continue the initial Case Management Conference. ECF No. 26.

Prior to the hearing on Defendants' Motion to Dismiss, Davis Wright Tremaine LLP and Clifford Chance US LLP filed a Motion to Withdraw as Counsel for Plaintiff, ECF No. 28, which Defendants did not oppose, ECF No. 29. Gibson, Dunn & Crutcher LLP then entered an appearance for Plaintiff on March 6, 2013. ECF No. 31. In light of obtaining new counsel, on

1

March 25, 2013, Plaintiff filed an unopposed administrative motion to adjourn the hearing on Defendants' Motion to Dismiss and to continue the initial Case Management Conference because Plaintiff anticipated seeking to amend the complaint. *See* ECF No. 34. The Court granted Plaintiff's motion to continue the initial Case Management Conference, ordered Plaintiff to file a second amended complaint by April 30, 2013, and denied as moot Defendants' Motion to Dismiss and Plaintiff's Motion to Seal filed in connection with Plaintiff's Opposition to the Motion to Dismiss. *See* ECF No. 35. Pursuant to the Court's March 26, 2013 Order, Plaintiff then filed a Motion for Leave to File a Second Amended Complaint on April 30, 2013. ECF No. 37.

On May 14, 2013, Plaintiff filed a Substitution of Counsel, substituting Morrison & Foerster LLP as counsel of record in place of Gibson, Dunn & Crutcher LLP. ECF No. 42. Defendants then filed a Conditional Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint to the extent Gibson Dunn – and not Plaintiff's new counsel – signed the Second Amended Complaint. ECF No. 43. The parties then filed a stipulation in which they agreed that: (1) Plaintiff would file a reply in support of its Motion for Leave to File a Second Amended Complaint or to withdraw that motion by May 30, 2013; (2) if Plaintiff withdrew its motion, Defendants would "use their best efforts" to inform Plaintiff's counsel whether they would stipulate to the filing of a revised second amended complaint by June 5, 2013; and (3) in the absence of a stipulation, Plaintiff would have until June 14, 2013, to file a motion for leave to file the revised second amended complaint. ECF No. 46. On May 30, 2013, Plaintiff filed a Notice of Withdrawal of Motion for Leave to File Second Amended Complaint. ECF No. 50. Absent stipulation by Defendants, Plaintiff now has until June 14, 2013, to file a motion for leave to file the revised second amended complaint. ECF No. 47.

Accordingly, the Court hereby CONTINUES the Case Management Conference set for June 5, 2013, to August 14, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 4, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge