UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., a New York Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC., a California corporation; RICHARD ROBINSON, an individual, and Does 1 through 3 inclusive,<br><br>　　　　　Defendants. | Case No.: 12-CV-03373-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

　　　　The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for August 14, 2013, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, August 12, 2013, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: August 10, 2013

　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-03373-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT