United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BE IN, INC., a New York Corporation,<br><br>          Plaintiff,<br><br>      v.<br><br>GOOGLE INC., a California corporation;<br>RICHARD ROBINSON, an individual, and<br>Does 1 through 3 inclusive,<br><br>          Defendants. | Case No.: 12-CV-03373-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for August 14, 2013, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, August 12, 2013, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: August 10, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1