1  CHARLES S. BARQUIST (BAR NO. 133785)
   CBarquist@mofo.com
2  WENDY J. RAY (BAR NO. 226269)
   WRay@mofo.com
3  MORRISON & FOERSTER LLP
   707 Wilshire Blvd., Suite 6000
4  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  KENNETH A. KUWAYTI (BAR NO. 145384)
   KKuwayti@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, California  94304-1018
   Telephone:    650.813.5600
9  Facsimile:    650.494.0792

10 Attorneys for Plaintiff
   BE IN, INC., A NEW YORK CORPORATION
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15

| 16 | BE IN, INC., a New York Corporation, | Case No.   5:12-CV-03373-LHK |
|---|---|---|
| 17 | Plaintiff, | |
| 18 | v. | **NOTICE OF WITHDRAWAL OF ATTORNEY CECILIA ZINITI** |
| 19 | GOOGLE, INC., a California corporation; YOUTUBE, LLC, A Delaware limited liability company; and GOOGLE UK LTD., a private limited company registered in England and Wales, | |
| 22 | Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 5:12-CV-03373-LHK
pa-1601719

1  Plaintiff Be In, Inc. hereby notifies the Court that attorney Cecilia Ziniti of Morrison & Foerster LLP is withdrawing from this case. Plaintiff's other attorneys shall continue to represent it in this case.

Dated: August 13, 2013                     MORRISON & FOERSTER LLP


                                           By: /s/ Cecilia Ziniti
                                               CECILIA ZINITI

                                           Attorneys for Plaintiff
                                           BE IN, INC.